No. 99–8943. OKORO *v.* SCIBANA, WARDEN. C. A. 6th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [530 U. S. 1227] denied.

No. 99–9052. SAMUEL *v.* NATHAN'S FAMOUS OPERATING CORP. C. A. 2d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [529 U. S. 1128] denied.

No. 99–9144. DENARDO *v.* CUNNINGHAM ET AL. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [530 U. S. 1241] denied.

No. 99–9517. KARIM-PANAHI *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [530 U. S. 1241] denied.

No. 99–9912. NEIL *v.* ALLSTATE INSURANCE CO. ET AL. App. Ct. Ill., 1st Dist.;

No. 99–9941. ABDALLAH *v.* PILEGGI ET AL. C. A. Fed. Cir.;

No. 99–9995. BAUTISTA RIVERA *v.* GREENE. Ct. App. Cal., 1st App. Dist.;

No. 99–10132. LICHTER *v.* FLORIDA. C. A. 11th Cir.;

No. 00–5120. MORTON *v.* UNITED STATES POSTAL SERVICE. C. A. Fed. Cir.;

No. 00–5313. SIMPSON *v.* FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir.;

No. 00–5325. COTTON *v.* UNITED STATES. C. A. 9th Cir.;

No. 00–5330. FULLER *v.* BARRETT ET AL. C. A. 4th Cir.; and

No. 00–5415. MURRAY *v.* UNITED STATES. C. A. Armed Forces. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until October 23, 2000, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 99–10221. GRIER ET AL. *v.* HOOD, WARDEN. C. A. 9th Cir. Motion of petitioners to expedite consideration of petition for writ of certiorari denied.

No. 99–10045. IN RE PERRY. C. A. 9th Cir. Petition for writ of common-law certiorari denied.